USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
TYRONE DOTSON,

                         Petitioner,       07 Civ 5680(GBD)(DFE)

        - against -                        MEMORANDUM AND ORDER

DALE ARTUS, Superintendent of the          This is not an ECF case
Clinton Correctional Facility,

                         Respondent.
-------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

On March 13, 2008, Judge Daniels referred Mr. Dotson's habeas petition to me.

I have reviewed the documents in the Court file. On August 24, 2007, Assistant Attorney General("AAG") Frederick H. Wen mailed his Notice of Appearance to Mr. Dotson, and noted that all papers were to be served upon him. Nevertheless, when Mr. Dotson was transferred to Sullivan Correctional Facility, he failed to mail AAG Wen a copy of his letter to Judge Daniels giving his new address. (His letter was undated, but it was postmarked November 2, 2007.) Consequently, on November 7, 2007, AAG Wen mailed the respondent's opposition papers to Mr. Dotson at the old address, Clinton Correctional Facility. I assume Mr. Dotson never received them.

On March 18, 2008, my law clerk telephoned AAG Wen. By March 19, he will mail an extra copy of the respondent's opposition papers to Mr. Dotson at Sullivan Correctional Facility.

I hereby grant Mr. Dotson an extension until April 30, 2008 to submit any reply papers to me (with a certification that he has mailed a true copy to AAG Wan). Like any other document, his reply papers must list the case name, and the docket number 07 Civ. 5680(GBD)(DFE), and the date of mailing. Each page must leave a one-inch margin on all four sides, and each page must be numbered at the bottom.

After April 30, it will take several months for me to write a Report and Recommendation to Judge Daniels.



*[signature]*
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:   New York, New York
         March 18, 2008

Copies of this Memorandum and Order are being sent by mail to:

Tyrone Dotson
04-R-1335
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733-0116

Frederick H. Wen, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271-0332

Hon. George B. Daniels

-2-