UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TYRONE DOTSON,

               Petitioner,        07 Civ. 5680 (GBD)(DFE)

    - against -              (This is not an ECF case)

                                        MEMORANDUM AND ORDER

DALE ARTUS, Superintendent of the
Clinton Correctional Facility,

               Respondent.
------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

    On April 24, 2008, I received a letter from Petitioner Tyrone Dotson stating that he is recovering from ear surgery and asking me to extend his deadline to reply to Mr. Wen's papers opposing his Petition. It is not clear whether or not he sent a copy of this letter to Mr. Wen.

    I hereby grant Petitioner an extension until July 1, 2008 to submit any reply papers to me (with a certification that he has mailed a true copy to AAG Wen). Like any other document, his reply papers must list the case name, and the docket number 07 Civ. 5680 (GBD)(DFE), and the date of mailing. Each page must have a one-inch margin on all four sides, and each page must be numbered at the bottom.

                                    _/s/ Douglas F. Eaton_
                                    DOUGLAS F. EATON
                                    United States Magistrate Judge
                                    500 Pearl Street, Room 1360
                                    New York, NY 10007

Dated:    New York, New York
            May 21, 2008

Copies of this Memorandum and Order are being mailed on this date to:

Tyrone Dotson, #04-R-1335
Sullivan County Correctional Facility
P.O. Box 116
Fallsburg, NY 12733-0116

Frederick Hongyee Wen, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271

Frederick Hongyee Wen, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271